# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-199-RJC-DCK

| | |
|---|---|
| GXO LOGISTICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARVIN W. CUNNINGHAM, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by David Christopher Lindsay, concerning Robert B. Ellis, on April 7, 2023. Robert B. Ellis seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Robert B. Ellis is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 7, 2023

David C. Keesler
United States Magistrate Judge