IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-199-RJC-DCK

| | |
|---|---|
| GXO LOGISTICS, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| MARVIN W. CUNNINGHAM, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by David Christopher Lindsay, concerning Madelyn A. Morris, on April 7, 2023. Madelyn A. Morris seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Madelyn A. Morris is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 7, 2023

David C. Keesler
United States Magistrate Judge