IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-199-RJC-DCK

| | |
|---|---|
| GXO LOGISTICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARVIN W. CUNNINGHAM, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Douglas M. Jarrell, concerning Mark W. Lerner, on April 13, 2023. Mark W. Lerner seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Mark W. Lerner is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 13, 2023

David C. Keesler
United States Magistrate Judge